UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DAN KYES,

           Plaintiff,

    v.

TEREX CORPORATION,

           Defendant.

CASE NO. 2:21-cv-00951-JCC-JRC

ORDER TO SUPPLEMENT JOINT STATUS REPORT

This matter is before the Court on the parties' joint status report. Dkt. 23. The joint status report anticipated the parties' imminent litigation of class certification issues, so that consistent with the parties' request, the undersigned did not enter a scheduling order, including setting the discovery cutoff and the date for the commencement of trial. *See* Dkt. 26. However, more than two months having passed since the filing of the joint status report with no pending class-certification-related motions, the Court now intends to enter a scheduling order for this matter.

ORDER TO SUPPLEMENT JOINT STATUS REPORT - 1

Therefore, the parties are directed to confer and provide the Court with the following information on or before **January 21, 2022**:

(1) A proposed date for the commencement of trial;

(2) The anticipated length of trial (number of days);

(3) Any known scheduling conflicts related to the trial date, for counsel; and

(4) Any other appropriate matters.

Dated this 11th day of January, 2022.

J. Richard Creatura
Chief United States Magistrate Judge

ORDER TO SUPPLEMENT JOINT STATUS REPORT - 2