THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAN KYES, | CASE NO. C21-0951-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| TEREX CORPORATION, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The parties' stipulated motion for dismissal (Dkt. No. 30) is self-executing under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Accordingly, the case is DISMISSED without prejudice and without costs or fees to any party.

DATED this 4th day of February 2022.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk

MINUTE ORDER
C21-0951-JCC
PAGE - 1